


**TENNESSEE DEPARTMENT OF REVENUE**
**VEHICLE TAXPAYER SERVICES DIVISION**
**MULTI-PURPOSE APPLICATION**
**OFFICIAL VEHICLE REGISTRATION**

STATE

| NEW OR CURRENT TITLE NUMBER | TRANSACTION CODE | REGISTRATION ONLY NUMBER |
|---|---|---|
| | O01 | |

OWNER INFORMATION *LEGAL STATUS: 1 (AND) 2 (OR) [0] ENTER NAME CODE IN BOX 1 (SAME) 2(DIFFERENT) 3(MULTIPLE LAST NAMES) 4(COMPANY) 5(OVER 26 CHARACTERS) [0]   MAO [N]  ILU [N]

| LAST NAME | FIRST NAME | MIDDLE INITIAL | LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|---|---|---|
| HOSKINS | ADAM | | | | |

| ADDRESS 1 (MAILING) | ADDRESS 2 (PHYSICAL) |
|---|---|
| 3022 BUTTERFIELD AVE | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| MURFREESBORO | TN | 37128-2914 | | | |

| CNTY OF RESIDENCE/PRINCIPAL BUS OR INCORP LOCATION | PURCHASE DATE | *LEASED [0] *SERVICE OPTIONS | TELEPHONE # | *PLACARD/HEARING IMPAIRED CLS/YR | *INSURANCE POLICY # |
|---|---|---|---|---|---|
| RUTHERFORD 075 | 12/15/2023 | | | | |

**VEHICLE INFORMATION**

| VIN | MAKE | MODEL | YEAR | BODY | ADS Level | TITLE BRAND - translation | CODE | TYPE OF FUEL - translation | CODE |
|---|---|---|---|---|---|---|---|---|---|
| 1GTPUCEK4PZ154733 | GMC | SRA | 2023 | PK | | | U | GAS | 1 |

| SURRENDERED TITLE # | STATE | PREVIOUS STATES TITLED | VEHICLE USE | VEHICLE TYPE | CURRENT MILEAGE | ODOMETER ACTUAL (0) NOT ACTUAL (5) INDICATOR OVER 10 YRS/16,000 LBS (1) IN EXCESS OF MECHANICAL LIMITS (9) | CODE |
|---|---|---|---|---|---|---|---|
| 17500481396 | TN | | P | T | 19050 | | 0 |

| COLOR CODE UPPER | LOWER | MOBILE HOME LGTH | WDTH | # AXLES | GROSS VEHICLE WEIGHT | *VEHICLE TRADE-IN DESCRIPTION | COMPANY VEHICLE # |
|---|---|---|---|---|---|---|---|
| O | | | | | 2 | | |

**PLATE INFORMATION** *(required for Title and Registration and Registration Only Transactions) SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

| PLATE #(1) | CLASSCODE/ISSUEYR(1)(3) | VALIDATION #(1) | COUNTY STICKER #(1) | CITY STICKER #(1)(2) | *PLATE #(TRADE IN)(2) | CLASS CODE/ISSUE YR(2) | EXPIRATION DATE (1)(2)(3) |
|---|---|---|---|---|---|---|---|
| | 1001/2022 | P | PURCHASED | | | | 03/31/2025 |

| TDR STICKER #(4) | TEMP OPERATOR PERMIT #(3) | # OF SEATS(5) | ZONE(COUNTY NAME)(6) | USDOT / REGISTRANT #(7) | MOTOR CARRIER #(8) |
|---|---|---|---|---|---|
| | | | | | |

**LIEN INFORMATION** (if lien present)

| LIEN CODE | FIRST LIENHOLDER | | | LIEN DATE |
|---|---|---|---|---|
| 00000 | CAPITAL ONE AUTO FINANCE | | | 12/15/2023 |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| PO BOX 660068 | SACRAMENTO | CA | 95866 |

| LIEN CODE | SECOND LIENHOLDER | | | LIEN DATE |
|---|---|---|---|---|
| | | | | |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

*LESSEE / REGISTRANT INFORMATION (OWNER OF PLATE)  LEGAL STATUS [ ]  NAME CODE [ ]  MAO [ ]  ILU [ ]

| NAME | NAME |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**VEHICLE COST / TAX INFORMATION** *(required for Title & Registration Transactions)

| SALE PRICE | TRADE IN ALLOWANCE | WARRANTY AMOUNT | TAXABLE AMOUNT | SALES TAX PAID | *TAX EXEMPTION REASON / SALES TAX # |
|---|---|---|---|---|---|
| 48,334.19 | | 2,120.00 | 48,334.19 | | |

| DEALER NAME | DEALER ADDRESS | DEALER # |
|---|---|---|
| | | |

*Required for Duplicate Title - T.C.A. 55-3-115 (submit illegible or altered Certificate of Title)

[ ] LOST  [ ] STOLEN  [ ] MUTILATED  [ ] RTN'D DUE TO NON DELIVERY  [ ] ALTERED  [ ] ILLEGIBLE

Under penalties of perjury, I hereby certify all information provided is true and correct to the best of my knowledge, and acknowledge that it is not the responsibility of the Motor Vehicle Division or its assignees to determine the accuracy of the information provided by me or on my behalf.

| SIGNATURE OF CERTIFIER/OWNER | POWER OF ATTORNEY/AUTHORIZED SIGNATURE (IF APPLICABLE) | DATE ISSUED 3/27/2024 11:08:12 AM |
|---|---|---|
| | | 03/27/2024 |

| INVOICE NUMBER | COUNTY NAME | CO NUMBER | DATE OF APPLICATION | BY AUTHORITY OF REGISTRAR OF MOTOR VEHICLES (COUNTY CLERK) | |
|---|---|---|---|---|---|
| 24087 @ | RUTHERFORD | 75 | 03/27/2024 | LISA CROWELL | EC |

(total fees collected indicated certifies this form as a valid registration)

| REGISTRATION FEE | ELECTRIC VEHICLE FEE | CREDIT | LEASE FEE | TRANS FEE | CLERK FEE | ISSUANCE FEE | LIEN FEE | TITLE FEE | TOTAL TAX COLLECTED |
|---|---|---|---|---|---|---|---|---|---|
| 26.50 | | | | | 8.00 | 8.00 | 11.00 | 5.50 | 3,678.09 |

| COMPUTATION OF | SALES OR USE TAX | SA TAX | LOCAL TAX | ADDITIONAL TAX | COLLECTED IN STATE OF | COUNTY WHEEL TAX | CITY WHEEL TAX | INS FEE |
|---|---|---|---|---|---|---|---|---|
| [ ] SALES TAX [ ] USE TAX | 3,531.79 | 44.00 | 102.30 | | | 52.50 | | |

| *SERVICE OPT FEE | ORGAN DONOR | POSTAGE | VER | ID / RESIDENCY VERIFICATION | VIN PLATE FEE | TOTAL FEES COLLECTED |
|---|---|---|---|---|---|---|
| | | 1.00 | | | .00 | 3,790.59 |

SF-1357  Port: WK37/DR13/1001  Cash: 0.00  Check: 3,790.59  Check#: 240217  Credit: 0.00  Auth#:  GV: 0.00  Change: 0.00  RDA-592